**No. 10-8349. Dennis Timmons, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5078.

July 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1291, 131 S. Ct. 1683, 179 L. Ed. 2d 624, 2011 U.S. LEXIS 2322.

___

**No. 10-8784. Adebayo O. T. Fayiga, Petitioner v. Kyra Sophia Cassagnol, et al.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5053.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 992, 131 S. Ct. 2445, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3763.

___

**No. 10-8897. Charles E. Gray, Petitioner v. Steve Larkins, Warden.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5048.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 910, 131 S. Ct. 1797, 179 L. Ed. 2d 665, 2011 U.S. LEXIS 2424.

___

**No. 10-8991. Keith L. Fitzgerald, Petitioner v. Loretta Kelly, Warden.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5074.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 922, 131 S. Ct. 1825, 179 L. Ed. 2d 782, 2011 U.S. LEXIS 2640.

___

**No. 10-9015. Vernell B. Lloyd, Petitioner v. New Hanover Regional Medical Center.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5040.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 944, 131 S. Ct. 2109, 179 L. Ed. 2d 905, 2011 U.S. LEXIS 3094.

___

**No. 10-9043. John Orville Study, Petitioner v. United States.**

564 U.S. 1055, 132 S. Ct. 48, 180 L. Ed. 2d 916, 2011 U.S. LEXIS 5051.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 944, 131 S. Ct. 2111, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3055.